UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>JAYVON DESHAUN GRAYSON,<br><br>                 Defendant. | CASE NO. 19-135-JLR<br><br>**ORDER REVOKING APPEARANCE BOND (DKT. 69) AND DETAINING DEFENDANT** |

      The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

      Defendant appeared following his arrest on a warrant issued for an alleged supervised released violation. Defendant began his supervision in June 2022. In July a violation report was issued alleging failing to appear for urine testing, consuming alcohol, and consuming marijuana. Defendant made a first appearance on these allegations in August and was released pursuant to an appearance bond. Dkt. 69. On September 4, 2022, Defendant was arrested for Driving Under

the Influence and booked into the King County Jail. Defendant's conduct shows he is a danger to the community. He just started supervision in June and by July the probation office was alleging substance use issues. He now has been arrested for driving under the influence. The Court accordingly concludes the appearance bond issued in this case should be revoked and Defendant be remanded to custody pending his next hearing before the assigned District Judge.

It is therefore **ORDERED**:

(1) The Appearance Bond issue in this case on August 19, 2022 is revoked. Dkt. 69 Defendant shall be detained pending further disposition and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of September, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REVOKING APPEARANCE BOND
(DKT. 69) AND DETAINING DEFENDANT - 2